# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALANA CIMILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>AFFIRM, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 7:21-cv-09132-VB |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION

JONES DAY
250 VESEY STREET
NEW YORK, NEW YORK  10281
TEL: (212) 326-3939

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

## **NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Compel Arbitration and Stay this Action, Defendant Experian Information Solutions, Inc., by and through its undersigned counsel, will and hereby does move this Court, before the Honorable Vincent L. Briccetti, United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150, at such date and time as the Court shall designate, for an order, pursuant to the Federal Arbitration Act, compelling this matter to arbitration and staying this action until arbitration is completed.

PLEASE TAKE FURTHER NOTICE that Local Civil Rule 6.1(b)(2) requires that any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of these moving papers.

PLEASE TAKE FURTHER NOTICE that Experian Information Solutions, Inc.'s reply affidavits and memoranda of law shall be served and filed, in accordance with Local Civil Rule 6.1(b)(3), within seven (7) days after service of the answering papers.

Dated: August 15, 2022

JONES DAY

By: */s/ Rachel C. Karpoff*
     Rachel C. Karpoff

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.