# EXHIBIT 1

💬 Have questions? Contact us.

👤 Already a member? Sign in.

## Tell Us About Yourself

**About You**

**First Name**

**Last Name**

**Current Street Address**

**Apt/Unit/Bldg/Ste**

**ZIP Code**

**City**

**State**
Select ▾

**Have you lived at this address 6 months or more?**  ● Yes  ○ No

**Phone Number**

**Email Address**

☑ Yes, send me helpful tips about managing my credit, protecting my identity and offers from Experian®. Privacy Policy & Ad Targeting Policy

**What is the main reason you visited Experian today?**
-Select Answer- ▾

**Submit and Continue**

### When you order today, you'll get:

- ✔ 3-Bureau Credit Monitoring and Alerts
- ✔ Dark Web Internet Surveillance Alerts
- ✔ Experian CreditLock with Alerts
- ✔ Financial Account Takeover Alerts
- ✔ Social Security Number Trace Alerts
- ✔ Change of Address Alerts
- ✔ Court Records and Booking Alerts
- ✔ Non-Credit Loan Alerts
- ✔ Sex Offender Registry Alerts
- ✔ Social Network Monitoring Alerts
- ✔ Identity Validation Alerts
- ✔ Up to $1 Million Identity Theft Insurance
- ✔ Dedicated Fraud Resolution Support
- ✔ Lost Wallet Assistance
- ✔ Quarterly 3-Bureau Report & FICO® Scores
- ✔ Daily Experian Credit Report & FICO® Scores
- ✔ Increase your FICO® Score with Experian Boost
- ✔ FICO® Score Tracker

 

Terms & Conditions    Privacy Policy    Contact Us    Ad Targeting Policy

    

© 2019 ConsumerInfo.com, Inc.