# EXHIBIT 2

☰ Have questions? Contact us.                                                              👤 Already a member? Sign in.

## Create Your Account

**Identity Verification**

**Social Security Number**

[___] - [___] - [____]   Why do we need this?

☐ Display

**Date of Birth**

[Month ▾]  [Day ▾]  [Year ▾]

**Account Information**

**Username**

[_____]

**Password**

[_____]

**Confirm Password**

[_____]

**Credit/Debit Card Information**

**Credit Card Number**             **Security Code**

[_____]          [_____]   What is this?

**Expiration Date**

[- Month - ▾]   [- Year - ▾]

Credit score is calculated based on FICO® Score 8 model, unless otherwise noted. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). Your lender or insurer may use a different FICO® Score than FICO® Score 8 or such other base or industry-specific FICO® Score (if available), or another type of credit score altogether. Learn more.

*Identity Theft Insurance underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions. Review the Summary of Benefits.

**PAYMENT INFORMATION**

When you complete your order here, you will begin your 30-day trial membership in Experian IdentityWorks℠ Premium. **You may cancel your trial membership at any time within 30 days without charge.** If you decide not to cancel, your membership will continue and you will be billed for just $19.99 for each month that you continue your membership. You may cancel your membership and stop the monthly billing by contacting us at any time. However, you will not be eligible for a pro-rated refund of your current month's paid membership fee.

By clicking "Submit Secure Order": I accept and agree to your Terms of Use Agreement, as well as acknowledge receipt of your Privacy Policy and Ad Targeting Policy. I authorize ConsumerInfo.com, Inc., also referred to as Experian Consumer Services ("ECS"), to obtain my credit report and/or credit score(s), on a recurring basis to provide them to me for review while I have an account with ECS. I also authorize ECS to obtain and use the information I provide, and my credit report and/or credit score(s), on a recurring basis to notify me of credit opportunities and other products and services that may be available to me through ECS or through unaffiliated third parties. I understand that I may withdraw this authorization at any time by contacting ECS.

[ **Submit Secure Order** ]

### Your Order Summary

Experian IdentityWorks℠ Premium                                        $0.00

✓ 3-Bureau Credit Monitoring and Alerts
✓ Dark Web Internet Surveillance Alerts
✓ Experian CreditLock with Alerts
✓ Financial Account Takeover Alerts
✓ Social Security Number Trace Alerts
✓ Change of Address Alerts
✓ Court Records and Booking Alerts
✓ Non-Credit Loan Alerts
✓ Sex Offender Registry Alerts
✓ Social Network Monitoring Alerts
✓ Identity Validation Alerts
✓ Up to $1 Million Identity Theft Insurance *
✓ Dedicated Fraud Resolution Support
✓ Lost Wallet Assistance
✓ Quarterly 3-Bureau Report & FICO® Scores
✓ Daily Experian Credit Report & FICO® Scores
✓ Increase your FICO® Score with Experian Boost
✓ FICO® Score Tracker

Sales Tax                                                               $0.00

**Order Total                                                          $0.00**

 

**Privacy Policy Notice**
ConsumerInfo.com, Inc.'s policy on how your personal information is used and disclosed is contained in our Privacy Policy and Ad Targeting Policy. This product is Web-based and you agree to accept this notification, revisions, and the provision of an annual notice electronically through this website, if required.

---

Terms & Conditions   Privacy Policy   Contact Us   Ad Targeting Policy           

© 2019 ConsumerInfo.com, Inc.