UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALANA CIMILLO,
              Plaintiff,

v.

AFFIRM, INC., and EXPERIAN
INFORMATION SOLUTIONS, INC.,
              Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 9132 (VB)

       In light of the parties' joint letter, dated September 6, 2022 (Doc. #52), it is HEREBY ORDERED:

1.      The stay of discovery in this action is continued pending further order of the Court.

2.      A further joint status report regarding settlement is due from plaintiff and defendant Affirm, Inc., by September 16, 2022.

3.      The briefing schedule for defendant Experian Information Solutions, Inc.'s, motion to compel arbitration remains in effect.  (See Doc. #51).

4.      The conference scheduled for September 16, 2022, is adjourned sine die.

Dated: September 6, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge