USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALANA CIMILLO,  :
               Plaintiff,  :
                                   :      **ORDER OF PARTIAL**
v.                                      :      **DISMISSAL**
                                     :
AFFIRM, INC., and EXPERIAN  :      21 CV 9132 (VB)
INFORMATION SOLUTIONS, INC.,  :
             Defendants.  :
--------------------------------------------------------------x

      The Court has been advised that plaintiff and defendant Affirm, Inc. ("Affirm"), have reached a settlement in principle in this case. (Doc. # 54). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Affirm, only</u>, without costs, and without prejudice to the right to restore the action against defendant Affirm to the Court's calendar, provided the application to restore the action is made by no later than November 15, 2022. To be clear, any application to restore the action against Affirm must be filed by November 15, 2022, and any application to restore the action against Affirm filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate Affirm, Inc., as a defendant in this case.

Dated: September 16, 2022
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge