UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALANA CIMILLO,

                              *Plaintiff*,

              -against-

AFFIRM, INC., and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

                              *Defendants*.

**Case No. 7:21-cv-09132-VLB**

**Declaration of Alana Cimillo
in Opposition to Experian
Information Solution, Inc.'s
Motion to Compel
Arbitration**

### Declaration of Alana Cimillo

I, Alana Cimillo, declare and state:

1.  I am over the age of 18 years and am the Plaintiff in this action. I make this declaration in opposition to Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Compel Arbitration.

2.  I am a victim of identity theft. The thief is my former fiancé, who opened 23 small loans with Experian's co-defendant Affirm, Inc. ("Affirm") using my name and identification, without my knowledge or consent. I first received documentation from Affirm of the fraudulent Affirm loans in December 2019 when I received collection notices from the collection agency, Afni, Inc. ("Afni"). In January 2020, my father and I called Afni and were shocked to learn that my former fiancé had opened many Affirm loans in my name. The Afni agent said he could see this was identity theft.

3.  In December 2020, I received alerts from my bank that my credit had negative activity. I checked and saw that my rating had dropped substantially. I contacted Afni, and it told me it was not collecting on the loans and I should contact Affirm. I called Affirm and informed it that the

loans in my name were the result of identity theft. Affirm advised me to provide Affirm with an identity theft affidavit. Affirm said it would begin investigating my disputes.

4.   On December 23, 2020, I went to my local police department and filed a report of the identity theft with the police. I sent Affirm the police report and an identity theft affidavit in support of my dispute.  A true and correct representation of the identity theft affidavit to Affirm and the police report are attached as Exhibit A to this Declaration.

5.   I signed up with Experian online to receive free credit reports and did so to be able to monitor my credit.  I do not recall at any time having signed up for Creditworks nor ever using that service.  I also do not recall ever having seen or entered into an agreement to arbitrate or otherwise relinquish my Seventh Amendment right to a jury trial.

6.   I began a series of disputes to Experian in 2021. I mailed a dispute letter to Experian about the Affirm accounts on February 10, 2021. I disputed eighteen Affirm accounts and explained that they were the result of identity theft. I enclosed both an identity theft affidavit I had filed with the Federal Trade Commission in February 2021 and the police report I had filed in December 2020. I also included copies of my driver's license, a recent utility bill, and a letter from Synchrony Bank acknowledging that there had been fraudulent use of my account. A true and correct representation of this dispute letter is attached as Exhibit B to this Declaration.

7.   Experian did not delete or block its reporting of any of the disputed accounts. Instead, it sent dispute results dated March 18, 2021, in which it stated that it had verified the accuracy of seventeen of the accounts I had disputed. Experian did not explain why it had not responded to one of the eighteen disputes. Experian also provided a report showing it was still reporting all the Affirm accounts. A true and correct representation of this response is attached as Exhibit C to this Declaration.

8.   My receipt of these results and the report from Experian caused me to mail another dispute letter to Experian on April 8, 2021, to try again get the accounts off my report. I stated that I was writing in response to the results Experian had sent to me. I again disputed eighteen Affirm accounts and again explained about the identity theft. I provided a statement that I asked be included in my credit file, and I requested a description of Experian's reinvestigation procedures. A true and correct representation of this dispute letter is attached as Exhibit D to this Declaration.

9.   In response, Experian sent dispute results dated May 10, 2021. Experian again stated it had determined the disputed accounts were accurate and provided my credit report showing it was still reporting all the Affirm accounts. A true and correct representation of this response is attached as Exhibit E to this Declaration.

10. This response was not satisfactory to me, and I mailed another dispute letter to Experian on June 16, 2021, regarding the Affirm accounts. A true and correct representation of this dispute letter is attached as Exhibit F to this Declaration.

11. Experian sent a response dated June 29, 2021, saying that in order to block the information I had disputed I needed to send an identity theft report and identification information, which I had already sent. Experian sent dispute results dated July 14, 2021, indicating that it had verified the Affirm accounts were accurate, and enclosing a report showing those accounts remained in my file. A true and correct representation of these responses is attached as Exhibit G to this Declaration.

12. In response to receiving those results, I mailed another dispute letter to Experian about the Affirm accounts, on August 5, 2021. I enclosed an updated FTC Identity Theft Report. A true and correct representation of this dispute letter is attached as Exhibit H to this Declaration.

13.  Experian sent a response dated August 14, 2021, stating that it had reinvestigated all my disputes, and which showed that all the disputed accounts remained on my report. Experian also sent me a letter dated August 14, 2021, saying it would not reinvestigate my disputes. A true and correct representation of these responses is attached as Exhibit I to this Declaration. The Affirm accounts continued to be reported by Experian.

14. I filed this lawsuit in response. Experian continued reporting the Affirm accounts into July 2022, and still is doing so, as far as I know.

15. Experian repeatedly furnished credit reports about me containing the false Affirm accounts to various third parties in 2021, including to Bank of America, DARCARS Lexus, Toyota Motor Credit Corp., Tarrytown Honda, Honda Financial Services, and Capital One Auto Finance, Inc. in response to credit inquiries triggered when I sought credit. These Experian reports caused me to be denied credit and suffer other adverse credit actions.


I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 1st day of November 2022, in New York, New York.

*Alana Cimillo*

Alana Cimillo

4