# Affirm Identity Theft Victim's Complaint and Affidavit

**Before completing this form, Affirm strongly encourages you to report fraud to the following:**

1. Place a fraud alert on your credit reports, and review your credit report for signs of fraud.
2. Report fraud to your local law enforcement agency.
3. Gather and provide any documents that support that you were a victim of Identity theft (i.e. Other Identity theft affidavits, confirmation of the fraud alert placed on your credit report, and/or a police report).

## About You (the victim):

1. Full legal name:
   Alana Cimillo

2. Date of birth:
   ▉▉▉▉ 1989

3. Current Street Address:
   465 Broadway, Apartment 2B

4. Length of time at current address:
   June 2020 - Present

5. Current Mobile Phone Number:
   (914) 216-8972

6. Mobile Phone Number (at time of Fraud, if applicable):
   (same as above)

7. Email(s):
   alana.cimillo@gmail.com, alanarae@optonline.net

## Declarations

I [ ] DID   or   [✓] DID NOT   authorize anyone to use my name or personal information to obtain money, credit, loans, or services using Affirm.

I ☐ DID   or   ☑ DID NOT   receive any goods or services as a result of the events described in this report.

**Your Law Enforcement Report: (SELECT ONLY ONE)**

X   I have filed a police report.
    Report # HH-005312-20
    Officer Name: Joseph Borelli
___ I will file a police report.
___ I will not file a police report.
    Reason _____

**About the Fraud:**

1. Summary of what happened:

An individual named Danny LoPriore used my Social Security number without my knowledge in order to set up multiple accounts/loans through Affirm. This fraudulent activity began in 2018 when the accounts were set up, but has recently had a devastating effect on my credit. At the time when the accounts were set up, he used his own email instead of mine, so as to keep me from finding out about the use of my credit/Social Security number. This prevented me from seeing any statement balances or receiving any contact via email. I was not made aware of this fraudulent activity until I received phone calls from AFNI in 2019, a collections agency that was used by Affirm at the time (and was their hired collections agency up until early December 2020). AFNI told me that some of the accounts (58% of the total) had received payments, but that many of them were now marked as delinquent and there were many late payments and a balance due of over $1600. It is my understanding that because some payments were made from Danny LoPriore's account, Affirm should have access to his account information and should be able to follow up with him and not hold me accountable for loans/accounts/delinquent payments I never authorized. Once I was made aware of the fraud, I immediately requested fraud packets from AFNI for every account that was set up in my name. I received some in the mail, but did not receive a complete set. I contacted AFNI on 5 separate occasions, requesting the correct and complete set of fraud packets. I was advised by AFNI representatives not to file a report or submit a formal dispute until I had the complete set. On April 20, 2020, I was told by a representative at AFNI named Jennifer that they would send out the missing reports (they explained that due to the pandemic, the out-of-state company that manages their mailing services was experiencing delays). As of December 2020, I had not received any of the missing fraud packets from AFNI. On December 9, 2020, I received multiple alerts from my primary bank, JP Morgan Chase, that my credit score had "negative activity." When I checked my score, it had dropped 200 points. Through no fault of my own, my credit rating has changed from "Exceptional" to "Fair." This prompted me to immediately call AFNI. They informed me that as of the day prior to my call, they were no longer the collections agency working for Affirm and that I would need to contact Affirm directly. I called Affirm and spoke to a representative named Harrison who asked me security questions about my Affirm accounts, and claimed that, because my email was still not associated with the accounts, I could not hear details about the account (even though my Social Security number was the one that was used to set up the accounts). After explaining the entire situation, about the fraudulent use of my Social Security number, he "escalated" my request for an "unauthorized loan claim" and said they would begin an investigation.

Cimillo_PL_0335

2. If you believe you know the person that has used your identity to commit fraud, please fill out what you know about the person.

   a. Your relationship with this person:
      Former fiancé

   b. Full legal name:
      Danny LoPriore

   c. Date of birth:
      989

   d. Current Street Address:
      Last known - 78-04 19th Road, Queens, NY

   e. Phone Number:
      212-390-0856

   f. Email:
      danny.lopriorejr@gmail.com, danny@santagato.com

3. Please provide a 1) copy of valid government issued identification card or driver's license and 2) any additional information regarding the fraud. Please make sure to attach any documents that will support your claim.

Printed: 01/02/2021 1448    **;TINGS-ON-HUDSON POLICE DEPARTMENT**    Page: 1
**7 MAPLE AVE**
**HASTINGS-ON-HUDSON, NY 10706**

| | | | | | | |
|---|---|---|---|---|---|---|
| Entry/CC#: HH-005312-20 | | Date: 12/23/2020 | | Time: 1123 | | Tour: 12 hr tour 1 |

Call Type: IDENTITY THEFT             Priority:              How Received: WALK IN

Caller:
Caller Address:
Caller Phone Number:

Location Name:
Location Address:   465 BROADWAY , HASTINGS ON HUDSON NY 10706
Cross Street:

Description:   Subject at HQ to report identity theft. Patrol detailed to take the complaint outside HQ. The complainant, Alana Cimillo states her ex-boyfriend, Danny Lopriore used her social security # without her permission to open 18 accounts through the bank Affirm. Ms Cimillo states the accounts were initiated in 2018 by the collections agency AFNI. Ms Cimillo states that she does not know the total amount of money in the 18 accounts that were opened in her name. However, Ms Cimillo states that she was informed by Affirm that 58% of the total amount was paid off and the total remaining money owed is $1,670.00 Ms Cimillo stated that she contacted AFNI but was told that they were no longer the collection agency managing Affirm's accounts. Ms Cimillo states that she contacted Affirm who supplied her with an affidavit and advised her to obtain a police report. Case opened.JF

Disposition:   Assign Complete

Post:                 Dispatch Date: 12/23/2020              Dispatch Time: 1123
Call Taker:   Gentile           Call Taker Supervisor:

---

**PERSONS INVOLVED**

Name:            **CIMILLO, ALANA**
Role:            Suspect
Date of Birth:   ▮▮▮▮ 1989
Sex:
Race:
Address:         465 BROADWAY 2B, HASTINGS ON HUDSON N

Name:            **LOPRIORE, DANNY**
Role:            Suspect
Date of Birth:   ▮▮▮▮ 1989
Sex:
Race:
Address:         78-04 19TH ROAD , Queens NY

Cimillo_PL_0337

Printed: 01/02/2021 1448  ;TINGS-ON-HUDSON POLICE DEPARTMENT  Page: 2
7 MAPLE AVE
HASTINGS-ON-HUDSON, NY 10706

Name: **BORELLI, JOSEPH**
Serial #: 0025  Rank: PO
Officer Role: Main Officer

Name: **MOSQUEDA, ANGEL D**
Serial #: 0019  Rank: PO
Officer Role: Main Officer

──────── UNITS INVOLVED ────────

Unit: **Car 306**  Agency:  Officers: **BORELLI, MOSQUEDA**
Dispatched:  Acknowledged:  Arrived:  Completed:
Dispatch to Completion:  Received to Completion:

──────── RELATED RECORDS ────────

Case  HH-00245-20  Reviewed